4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CRIMINAL NO. 03-80406

HON. GERALD E. ROSEN

D-2  IMAD MOHAMAD -MUSBAH HAMMOUD,
    a/k/a "Jecob Hammoud,"
    a/k/a "Jacob Hammoud,"
    a/k/a "Haj Imad."
    a/k/a "Tony."
D-3 HASSAN ALI AL-MOSAWI,
    a/k/a "Hassan Al-Moussaoui."
    a/k/a "Abu Kifah,"
D-4  HASSAN HASSAN NASSER,
D-5  KARIM HASSAN NASSER,
D-6  ALI AHMAD HAMMOUD,
    a/k/a "Abu Hussein."
D-7  FADI MOHAMAD-MUSBAH HAMMOUD,
    a/k/a "Fadi Musbah Hammoud,"
D-8  MAJID MOHAMAD HAMMOUD,
    a/k/a "Mike Hammoud."
D-9 JIHAD HAMMOUD,
    a/k/a "Jay Hammoud,"
D-10 KARIM HASSAN ABBAS,
D-11 YOUSSEF AOUN BAKRI,
D-12 HASSAN MOHAMAD SROUR,
D-13 NAJI HASSAN ALAWIE,
D-14 ALI NAJIB BERJAOUI,
D-15 MOHAMAD ZEIDAN,
D-16 ABDEL-HAMID SINNO,
    a/k/a "Haj Abdullah,"
D-17 THEODORE SCHENK,
D-18 IMAD MAJED HAMADEH, and
D-19 ADEL ISAK,

        Defendants.
_____/

## MOTION TO UNSEAL FIRST SUPERSEDING INDICTMENT AND ARREST WARANTS

THE UNITED STATES OF AMERICA respectfully requests that the First Superseding Indictment and Arrest Warrants in this case be unsealed for the following reasons:

That all of the defendants currently present in the United States are in the process of being arrested and will be appearing in Court on the First Superseding Indictment this afternoon.

STEPHEN J. MURPHY
United States Attorney

KENNETH R. CHADWELL(P39121)
E-Mail: ken.chadwell@usdoj.gov
211 W. Fort Street, Suite 2200
Detroit, MI 48226
(313) 226-9698

Dated: March 29, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

D-2  IMAD MOHAMAD -MUSBAH HAMMOUD,
    a/k/a "Jecob Hammoud,"
    a/k/a "Jacob Hammoud,"
    a/k/a "Haj Imad."
    a/k/a "Tony."
D-3 HASSAN ALI AL-MOSAWI,
    a/k/a "Hassan Al-Moussaoui."
    a/k/a "Abu Kifah,"
D-4  HASSAN HASSAN NASSER,
D-5  KARIM HASSAN NASSER,
D-6  ALI AHMAD HAMMOUD,
    a/k/a "Abu Hussein."
D-7  FADI MOHAMAD-MUSBAH HAMMOUD,
    a/k/a "Fadi Musbah Hammoud,"
D-8  MAJID MOHAMAD HAMMOUD,
    a/k/a "Mike Hammoud."
D-9 JIHAD HAMMOUD,
    a/k/a "Jay Hammoud,"
D-10 KARIM HASSAN ABBAS,
D-11 YOUSSEF AOUN BAKRI,
D-12 HASSAN MOHAMAD SROUR,
D-13 NAJI HASSAN ALAWIE,
D-14 ALI NAJIB BERJAOUI,
D-15 MOHAMAD ZEIDAN,
D-16 ABDEL-HAMID SINNO,
    a/k/a "Haj Abdullah,"
D-17 THEODORE SCHENK,
D-18 IMAD MAJED HAMADEH, and
D-19 ADEL ISAK,

        Defendants.
_____/

CRIMINAL NO. 03-80406

HON. GERALD E. ROSEN

FILED MAR 29 '06 A9:28

Defendants.

_____/

## ORDER UNSEALING FIRST SUPERSEDING INDICTMENT AND ARREST WARRANTS

Upon motion of the government, and for the reasons given, IT IS HEREBY ORDERED that the First Superseding Indictment and Arrest Warrants in the above-named case be unsealed.

IT IS SO ORDERED.

_____
R. STEVEN WHALEN
United States Magistrate Judge

DATED __3/29/06__